ALEXANDER H. SMALL, Respondent, *v.* THE BROOKLYN CITY AND NEWTOWN RAILROAD COMPANY, Appellant.

*Small* v. *Brooklyn City & N. R. R. Co.*, 10 Misc. Rep. 266, affirmed.
(Argued October 29, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the City Court of Brooklyn, entered November 27, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Matthew Hale* and *Albert C. Tennant* for appellant.

*Isaac M. Kapper* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.

---

JOHN I. GOODRICH, Respondent, *v.* JOHN GILLIES, Appellant, Impleaded with Others.

*Goodrich* v. *Gillies,* 82 Hun, 18, affirmed.
(Argued October 30, 1896; decided December 1, 1896.)

APPEAL from a judgment of the General Term of the Supreme Court in the first judicial department, entered November 30, 1894, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

*Thomas F. Magner* for appellant.

*George S. Hastings* for respondent.

Judgment affirmed, with costs; no opinion.
All concur.